**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: Atiya K. Lamptey

Case No.: 17-34307
Judge:

Debtor(s)

**CHAPTER 13 PLAN AND MOTIONS**

☐ Original          ☑ Modified/Notice Required          Date: 2-26-2018
☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  KBE     Initial Debtor: AKL     Initial Co-Debtor

**Part 1: Payment and Length of Plan**

a. The debtor shall pay **400.00 Monthly*** to the Chapter 13 Trustee, starting on **January 1, 2018** for approximately **5** months, then **$535.00** per month for **55** months

b. The debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Kirsten B. Ennis, Esq.** | **Attorney Fees** | **1,429.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| QuailBrook East Homeowners Assoc. | 174 Scobee Lane Somerset, NJ | 26,616.66 | 0.00% | 26,616.66 | 200.00 |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
**Capital One Auto Finan**
**Ditech Financial Llc**
**Santander**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    X NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE

4

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b**. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c**. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) **Ch. 13 Standing Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Part 9:  Modification**    ☒ **NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  __**12-27-2017**___.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Increase claim of Quailbrook consistent with POC and remove Cram down of Quailbrooks claim | Increase claim of Quailbrook consistent with POC and remove Cram down of Quailbrooks claim |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

**Part 10 :  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures
☐ NONE
☑ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $400.00 per month for 5 months, then $535.00 per month for 55 months**

Any non-standard provisions placed elsewhere in this plan are void.

 The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date  **February 26, 2018**        /s/ **Kirsten B. Ennis, Esq.**
                                    **Kirsten B. Ennis, Esq.**
                                    Attorney for the Debtor

Date:  **February 26, 2018**        /s/ **Atiya K. Lamptey**
                                    **Atiya K. Lamptey**
                                    Debtor

Date:  _____              _____
                                    Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date  **February 26 2018**          /s/ **Kirsten B. Ennis, Esq.**
                                    **Kirsten B. Ennis, Esq.**
                                    Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:  **February 26, 2018**        /s/ **Atiya K. Lamptey**
                                    **Atiya K. Lamptey**
                                    Debtor

Date:  _____              _____
                                    Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Atiya K. Lamptey
    Debtor

Case No. 17-34307-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 28, 2018
                       Form ID: pdf901     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.

```
db             +Atiya K. Lamptey,    174 Scobee Lane,    Somerset, NJ 08873-1700
517207827      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517207828      +American Collections E,    6094d Franconia Rd,    Alexandria, VA 22310-4433
517207829     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517226887      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517207835    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
517207836      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517251028      +McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111
517323706      +Quailbrook East Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
517251026      +Quailbrook V Homeowners Assoc.,    c/o Town & Country Mgmnt, Inc.,    711 Sycamore Ave.,
                 Red Bank, NJ 07701-4921
517207837      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517251027     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Div. of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ  08646-0245)
517207838      +Santander,    Po Box 961245,    Ft Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2018 23:12:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2018 23:12:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517207830      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 28 2018 23:14:51      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
517262030      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2018 23:14:19
                 Capital One Auto Finance,    4515 N Santa Fe Ave., APS,    Oklahoma City, OK 73118-7901
517217109      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2018 23:14:19
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
517256454      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2018 23:14:20
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517207831      +E-mail/Text: bankruptcy@credencerm.com Feb 28 2018 23:13:01      Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
517207832      +E-mail/Text: bankruptcy@cunj.org Feb 28 2018 23:12:15      Credit Union Of New Je,    Po Box 7921,
                 Ewing, NJ 08628-0921
517207833      +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2018 23:12:31      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
517207834      +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2018 23:12:31      Deptednelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
517222957       E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2018 23:12:12
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517317550      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2018 23:12:23      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517230526      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2018 23:14:27      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517236953      +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2018 23:12:31      U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                              TOTAL: 14
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Quailbrook East Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3            User: admin                Page 2 of 2               Date Rcvd: Feb 28, 2018
                                Form ID: pdf901            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Atiya K. Lamptey pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Quailbrook East Homeowners Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```