Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34307−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiya K. Lamptey
   174 Scobee Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8298

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/20/19 at 09:00 AM

to consider and act upon the following:

65 − Creditor's Certification of Default (related document:55 Motion for Relief from Stay re: re: 174 Scobee Ln, Franklin Township, NJ, 08873. Fee Amount $ 181. filed by Creditor Ditech Financial LLC, Motion for Relief from Co−Debtor Stay of Delores W. Dublin, 59 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of Ditech Financial LLC. Objection deadline is 11/7/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (McDonald, Kevin)

Dated: 10/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court