**McGovern Legal Services, LLC**
**William H. Brosha, Esq.**
**850 Carolier Lane**
**North Brunswick, NJ 08902**
**Phone (732) 246-1221**
**Fax (732) 246-1872**
**ATTORNEYS FOR QUAILBROOK EAST HOMEOWNERS ASSOCIATION, INC.**

| | |
|---|---|
| In re:<br><br>**ATIYA K. LAMPTEY**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE<br><br>CASE NO.: 17-34307-CMG<br><br>**NOTICE OF MOTION FOR STAY RELIEF**<br><br>HEARING DATE: July 15, 2020<br>HEARING TIME: 9:00 AM<br><br>**ORAL ARGUMENT WAIVED UNLESS OPPOSITION IS FILED** |

TO: **THOSE LISTED ON ANNEXED SERVICE LIST**

**PLEASE TAKE NOTICE** that on the 15th day of July 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Creditor, Mountainview at Green Brook Condominium Association, Inc., (the "Association"), by and through its counsel, McGovern Legal Services, LLC, will move before the Honorable Christine M. Gravelle, U.S.B.J. at the United States Bankruptcy Court for the District of New Jersey, located at 402 East State Street, Trenton, NJ 08608, Courtroom 3 for an Order:

Terminating the automatic stay with respect to the Association so that the Association may, among other things, pursue its rights with respect to the Debtor's real property to the extent and in the manner provided by any applicable Association Governing Documents, contract documents and non-bankruptcy law despite the pendency of this proceeding.

**Property:** Debtor's Real Property including, but not limited to:

174 Scobee Lane
Somerset, New Jersey 08873

This motion is based upon the annexed brief, certifications and exhibits thereto, oral argument of counsel (if opposed), testimony and such other evidence as may be adduced at the time of the hearing (if opposed).

Oral argument is waived unless opposition is timely filed.

A Proposed form of Order is submitted herewith.

McGOVERN LEGAL SERVICES, LLC,
Attorneys for Movant

Dated: 6/15/20

By: ______________________
WILLIAM H. BROSHA, ESQ.
An Attorney of the Firm

**CERTIFICATION OF SERVICE**

I, William H. Brosha, do certify that a true copy of the Motion for Stay Relief was served upon those individuals and/or entities listed on the attached service list via electronic service on the dates listed below.

Dated: BY: ______________________________
WILLIAM H. BROSHA, ESQ.

**SERVICE LIST**

**Via Electronic Service**
CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

**Via Regular and Certified mail**
Atiya Lamptey
174 Scobee Lane
Somerset, New Jersey 08873

**Via Electronic Service and Regular mail**
Kirsten B. Ennis, Esq.
Law Office of Kirsten B. Ennis, LLC
50 Division St.
Somerville, NJ 08876

**Via Electronic Service and Regular mail**
TRUSTEE
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650

**Via Electronic Service and Regular mail**
U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

**McGOVERN LEGAL SERVICES, LLC**
**BY: MICHAEL R. POLULAK, ESQUIRE**
**850 CAROLIER LANE**
**NORTH BRUNSWICK, NEW JERSEY 08902**
**(732) 246-1221**
**ATTORNEYS FOR QUAILBROOK EAST HOMEOWNERS ASSOCIATION, INC.**

In re:

ATIYA K. LAMPTEY

Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

CASE NO.: **17-34307-CMG**

**CREDITOR'S CERTIFICATION OF DEFAULT**

I, Matthew Carter, of full age, certify and say:

1. I am the Property Manager for Creditor, Quailbrook East Homeowners Association, Inc. (the "Association"), and, as such, I have knowledge of the amount due the Association from the Debtor. I am authorized to make this Certification and do so based upon my personal knowledge and review of the books and records of the Association.

2. Atiya K. Lamptey (the "Debtor") owns real property in the Association commonly known as 174 Scobee Lane, Somerset, New Jersey 08873 (the "Unit").

3. The Debtor has not paid all post-petition monthly assessments, late fees, fines or attorneys' fees related to this default since filing bankruptcy. Attached hereto is a true and accurate copy of the Debtor's post-petition account history.

The post-petition sum being sought in this application is detailed below:

| | |
|---|---|
| Maintenance Fees (1/1/18 -6/4/20): | $6,640.00 |
| Late Fees (3/1/19 – 6/4/20): | $300.00 |
| Fines (11/2/19 and 1/9/20) | $50.00 |
| Legal (only work related to post-petition Default 3/4/20 – 6/4/20) | $748.50 |
| Credits | -$6,180.50 |
| **Total:** | **$1,558.00** |

4. This certification is being made in an effort to vacate the stay.

5. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Dated: 6/9/20

Matthew Carter, Property Manager

06/04/2020 9:12 AM

Resident Transaction Report
QUAILBROOK EAST HOMEOWNERS ASSN, INC
Dates 01/01/2000 to 06/04/2020

Page: 1

QE-SCOB Scobee Lane
Scobee Lane
Somerset NJ 08873

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA 19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 0174 | 02 | Atiya Lamptey | App# | 159731 | | | Beg Bal | | 0.00 |
| | | 174 Scobee Ln | Chg | 01/02/2019 | A1 | Jan18 Assoc fee | | 210.00 | 210.00 |
| | | Somerset NJ 08873 | Chg | 01/02/2019 | A1 | Feb18 Assoc fee | | 210.00 | 420.00 |
| | | | Chg | 01/02/2019 | A1 | Mar18 Assoc fee | | 210.00 | 630.00 |
| | | | Chg | 01/02/2019 | A1 | Apr18 Assoc fee | | 210.00 | 840.00 |
| | | | Chg | 01/02/2019 | A1 | May18 Assoc fee | | 210.00 | 1,050.00 |
| | | | Chg | 01/02/2019 | A1 | Jun18 Assoc fee | | 210.00 | 1,260.00 |

06/04/2020 9:12 AM

Resident Transaction Report
QUAILBROOK EAST HOMEOWNERS ASSN, INC
Dates 01/01/2000 to 06/04/2020

QE-SCOB Scobee Lane
Scobee Lane
Somerset NJ 08873

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA 19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Chg | 01/02/2019 | A1 | Jul18 Assoc fee | | 210.00 | 1,470.00 |
| | | | Chg | 01/02/2019 | A1 | Aug18 Assoc fee | | 210.00 | 1,680.00 |
| | | | Chg | 01/02/2019 | A1 | Sep18 Assoc fee | | 210.00 | 1,890.00 |
| | | | Chg | 01/02/2019 | A1 | Oct18 Assoc fee | | 210.00 | 2,100.00 |
| | | | Chg | 01/02/2019 | A1 | Nov18 Assoc fee | | 210.00 | 2,310.00 |
| | | | Chg | 01/02/2019 | LC | Nov18 Late fees | | 25.00 | 2,335.00 |
| | | | Chg | 01/02/2019 | A1 | Dec18 Assoc fee | | 210.00 | 2,545.00 |
| | | | Chg | 01/02/2019 | LC | Dec18 Late fees | | 25.00 | 2,570.00 |
| | | | Chg | 01/02/2019 | A1 | Jan19 Assoc fee | | 210.00 | 2,780.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 16860284 | -210.00 | 2,570.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 17764080 | -210.00 | 2,360.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 18869951 | -210.00 | 2,150.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 20234843 | -210.00 | 1,940.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 21514676 | -225.00 | 1,715.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 23232517 | -215.00 | 1,500.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 27973148 | -860.00 | 640.00 |
| | | | Pay | 01/02/2019 | | Trf from 01 account | 30235304 | -415.00 | 225.00 |
| | | | Pay | 01/17/2019 | | PMT | 23284278 | -812.45 | -587.45 |
| | | | Tr | 01/22/2019 | | Trf to 01 account | 23284278 | 812.45 | 225.00 |
| | | | Cr | 01/23/2019 | LC | Waive late fee | | -25.00 | 200.00 |
| | | | Chg | 02/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 430.00 |
| | | | Cr | 02/01/2019 | LC | Late fee | | -25.00 | 405.00 |
| | | | Pay | 02/04/2019 | | ACH Payment | 32804025 | -175.00 | 230.00 |
| | | | Chg | 02/05/2019 | LE | DEC18 LGL 126423 | | 125.00 | 355.00 |
| | | | Pay | 02/11/2019 | | PMT | 2386275 | -510.75 | -155.75 |
| | | | Cr | 02/22/2019 | LE | DEC18 LGL 126423 | | -125.00 | -280.75 |
| | | | Tr | 02/22/2019 | | trf to 01 | 2386275 | 510.75 | 230.00 |
| | | | Chg | 03/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 460.00 |
| | | | Pay | 03/12/2019 | | ACH Payment | 34991542 | -230.00 | 230.00 |
| | | | Chg | 03/15/2019 | LC | LATE FEES | | 25.00 | 255.00 |
| | | | Pay | 03/29/2019 | | ACH Payment | 35410450 | -230.00 | 25.00 |
| | | | Chg | 04/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 255.00 |
| | | | Pay | 04/10/2019 | | PMT | 2300270 | -60.02 | 194.98 |
| | | | Chg | 04/15/2019 | LC | LATE FEES | | 25.00 | 219.98 |
| | | | Chg | 05/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 449.98 |
| | | | Chg | 05/15/2019 | LC | LATE FEES | | 25.00 | 474.98 |
| | | | Pay | 05/15/2019 | | ACH Payment | 38377795 | -230.00 | 244.98 |
| | | | Chg | 06/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 474.98 |
| | | | Chg | 06/04/2019 | LE | MAR19 LGL 130407 | | 50.00 | 524.98 |
| | | | Pay | 06/14/2019 | | PMT | 2394450 | -510.75 | 14.23 |
| | | | Cr | 06/20/2019 | le | ADJ MAR19 130407 | | -50.00 | -35.77 |
| | | | Tr | 06/20/2019 | | TRF TO 01 | 2394450 | 510.75 | 474.98 |
| | | | Chg | 07/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 704.98 |
| | | | Chg | 07/15/2019 | LC | LATE FEES | | 25.00 | 729.98 |
| | | | Chg | 08/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 959.98 |
| | | | Chg | 08/15/2019 | LC | LATE FEES | | 25.00 | 984.98 |
| | | | Chg | 09/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 1,214.98 |
| | | | Pay | 09/08/2019 | | ACH Payment | 44777780 | -1,214.98 | 0.00 |
| | | | Chg | 10/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 230.00 |
| | | | Chg | 10/15/2019 | LC | LATE FEES | | 25.00 | 255.00 |
| | | | Chg | 11/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 485.00 |
| | | | Pay | 11/12/2019 | | ACH Payment | 48982175 | -243.00 | 242.00 |
| | | | Chg | 11/15/2019 | LC | LATE FEES | | 25.00 | 267.00 |
| | | | Chg | 11/25/2019 | VF | Illegal Parking Fine | | 25.00 | 292.00 |
| | | | Chg | 12/01/2019 | A1 | Assoc. Fees-Monthly | | 230.00 | 522.00 |
| | | | Pay | 12/02/2019 | | ACH Payment | 49554893 | -250.00 | 272.00 |
| | | | Chg | 12/16/2019 | LC | LATE FEES | | 25.00 | 297.00 |
| | | | Chg | 01/01/2020 | A1 | Assoc. Fees-Monthly | | 230.00 | 527.00 |
| | | | Chg | 01/09/2020 | VF | Parking Fine | | 25.00 | 552.00 |
| | | | Chg | 01/15/2020 | LC | LATE FEES | | 25.00 | 577.00 |
| | | | Pay | 01/28/2020 | | ACH Payment | 53718808 | -289.00 | 288.00 |
| | | | Chg | 02/01/2020 | A1 | Assoc. Fees-Monthly | | 230.00 | 518.00 |
| | | | Chg | 02/18/2020 | LC | LATE FEES | | 25.00 | 543.00 |
| | | | Pay | 02/18/2020 | | PMT | 2408752 | -509.65 | 33.35 |
| | | | Chg | 03/01/2020 | A1 | Assoc. Fees-Monthly | | 230.00 | 263.35 |
| | | | Tr | 03/04/2020 | | Tmf To QESCOB017401 | 2408752 | 509.65 | 773.00 |
| | | | Pay | 03/05/2020 | | ACH Payment | 57048566 | -263.35 | 509.65 |
| | | | Tr | 03/05/2020 | | trf to 01 | 2300270 | 60.02 | 569.67 |
| | | | Chg | 04/01/2020 | A1 | Assoc. Fees-Monthly | | 230.00 | 799.67 |
| | | | Chg | 04/15/2020 | LC | LATE FEES | | 25.00 | 824.67 |
| | | | Pay | 04/20/2020 | | Credit Card Pmt | 60047076 | -250.00 | 574.67 |
| | | | Chg | 04/23/2020 | LE | Mar20 Legal 145547 | | 40.50 | 615.17 |
| | | | Chg | 05/01/2020 | A1 | Assoc. Fees-Monthly | | 230.00 | 845.17 |
| | | | Chg | 05/15/2020 | LC | LATE FEES | | 25.00 | 870.17 |
| | | | Chg | 06/01/2020 | A1 | Assoc. Fees-Monthly | | 230.00 | 1,100.17 |
| | | | Pay | 06/02/2020 | | ACH Payment | 63153208 | -250.17 | 850.00 |

06/04/2020 9:12 AM

**Resident Transaction Report**
**QUAILBROOK EAST HOMEOWNERS ASSN, INC**
**Dates 01/01/2000 to 06/04/2020**

QE-SCOB Scobee Lane
Scobee Lane
Somerset NJ 08873

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA 19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | End Bal | | 850.00 |
| | | McGovern Legal Services, LLC 4/30/20 | | | | | | 27.00 | 877.00 |
| | | McGovern Legal Services, LLC work in progress | | | | | | 681.00 | 1558.00 |

MCGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
**ATTORNEYS FOR QUAILBROOK EAST HOMEOWNERS ASSOCIATION, INC.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

In re:

**ATIYA K. LAMPTEY,**

Debtor.

CASE NO.: 17-34307-CMG

**BRIEF IN SUPPORT OF MOTION FOR STAY RELIEF**

HEARING DATE: July 15, 2020
HEARING TIME: 9:00 A.M.

**ORAL ARGUMENT WAIVED UNLESS OPPOSITION IS FILED**

## STATEMENT OF FACTS

McGovern Legal Services, LLC represents Quailbrook East Homeowners Association, Inc. (the "Association") in the above-captioned matter. Atiya K. Lamptey (the "Debtor") owns real property within the Association commonly known as 174 Scobee Lane, Somerset, New Jersey 08873 (the "Unit"). Since filing her Chapter 13 Bankruptcy Petition, the Debtor has failed to pay all of her required monthly assessments and fees. The Debtor owes the Association $1,558.00 in post-petition arrearages in monthly maintenance assessments, late fees and attorney's fees and costs related to this default through June 4, 2020.

## STATEMENT OF RELIEF REQUESTED

The Association requests that this Court grant the Association relief from the automatic stay.

## LEGAL ARGUMENT

### I. The Association's Motion For Stay Relief Should Be Granted Because Debtor Has Failed To Remit Post-Petition Payments To The Association.

The debt owed to the Association is so unique and important that in many cases, it is deemed non-dischargeable. See, 11 U.S.C.A. § 523(a)(16). The Association is a non-profit corporation that operates the common property. Its only source of income is payment by each homeowner of their proportionate share of the Association's expenses. If a homeowner does not pay, either the Association does not have the funds necessary to maintain the common property or the other homeowners in the community must pay the shortfall caused by the delinquency.

In order to facilitate the peaceful and harmonious coexistence of its homeowners, all residents of the Association are also required to adhere to certain rules, regulations and obligations, which are described in the Governing Documents. The Association is empowered, through its Governing Documents and the New Jersey Condominium Act, N.J.S.A. §46:8B-15(f) to require unit owners to pay monthly maintenance assessments, special assessments, late fees, fines and attorneys' fees associated with collections.

Despite demand, the Debtor has failed to make common expense payments to the Association as required by the terms of the By-Laws and Master Deed. Pursuant to 11 U.S.C.A. §362(d) the Court shall grant relief from the automatic stay for cause. Here, the Debtor has failed to remit required post-petition payments to the Association. Section 523(a)(16) provides that an individual debtor is not discharged for "a fee or assessment that becomes due and payable after the order for relief to a membership association with respect to the debtor's interest in a unit that has condominium ownership." Debtor holds title to a unit that has condominium ownership. Therefore, the Debtor is obligated to pay the Association these post-petition accruals. The Debtor has not paid these post-petition accruals and therefore has violated the

Bankruptcy Code.

It is highly prejudicial for the Debtor to own a unit in the Association without paying the required, commonly monthly payments. It is highly prejudicial if the Debtor does not comply with the Governing Documents. The Debtor is abusing the Bankruptcy code at the Association's peril. Due to Debtor's non-payment of post-petition fees and assessments, the Association requests that the Court grant the Association's motion for relief from the automatic stay.

**II.     The Association is entitled to Stay Relief.**

The Association seeks relief from the automatic stay to pursue a foreclosure. Debtor's failure to pay post-petition accruals constitutes cause for stay relief. See, 11 U.S.C.A. § 362(d), 11 U.S.C.A. § 1301(d) and 11 U.S.C.A. § 105. Therefore, the Court should grant the Association stay relief so that it may pursue its foreclosure action despite this bankruptcy.

The continual accrual of post-petition sums without payment in full irreparably harms the Association and its members. As stated above, if a homeowner does not pay, either the Association does not have the funds necessary to maintain the common property or the other homeowners in the community must pay the shortfall caused by the delinquency. Dismissal of this case will not provide an adequate remedy or protection to the Association. Dismissal will effectively provide the Debtor with the opportunity to file another bankruptcy and obtain a new "order for relief" allowing Debtors to circumvent Bankruptcy Code Section 523(a)(16). Such action is not appropriate. It irreparably harms the Association and denies the Association adequate protection. Therefore, the Association requests that the Court grant the Association stay relief.

**CONCLUSION**

Due to Debtor's failure to pay post-petition fee accruals, the Association requests that this Court grant the Association relief from the automatic stay to pursue foreclosure of real property in the Association.

McGOVERN LEGAL SERVICES, LLC,
Attorneys for Movant

Dated: 6/15/20

By: ______________________
William H. Brosha, Esq.
An Attorney of the Firm

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
Marlena S. Diaz-Cobo, Esq. (MM-4524)
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Attorneys for QUAILBROOK EAST HOMEOWNERS ASSOCIATION, INC.

In Re:

ATIYA K. LAMPTEY

Case No.: 17-34307

Hearing Date: July 15, 2020

Judge: CMG

Chapter: 13

Recommended Local Form: ☐ Followed ☑ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of ______Quailbrook East Homeowners Association, Inc.______, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

174 Scobee Lane
Somerset, New Jersey 08873

☑ ~~Personal property more fully described as:~~

The Association may suspend membership rights and privileges

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>McGovern Legal Services, LLC<br>Marlena S. Diaz-Cobo, Esq.<br>850 Carolier Lane<br>North Brunswick, NJ 08902<br>Phone (732) 246-1221<br>Attorneys for QUAILBROOK EAST HOMEOWNERS ASSOCIATION, INC. | | |
|---|---|---|
| In Re:<br><br>ATIYA K. LAMPTEY | Case No.: | 17-34307 |
| | Chapter: | 13 |
| | Adv. No.: | |
| | Hearing Date: | July 15, 2020 |
| | Judge: | CMG |

## CERTIFICATION OF SERVICE

1. I, Corinn Hickey, Paralegal :

   ☐ represent the ____________________ in the above-captioned matter.

   ☑ am the secretary/paralegal for Creditor, Condo Ass'n , who represents the ______________ in the above captioned matter.

   ☐ am the ____________________ in the above case and am representing myself.

2. On 6/16/20, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Motion for Stay Relief

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 6/16/20

[signature]
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Atiya Lamptey<br>174 Scobee Lane<br>Somerset, New Jersey 08873 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |
| Kirsten B. Ennis, Esq.<br>Law Office of Kirsten B. Ennis, LLC<br>50 Division St.<br>Somerville, NJ 08876 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 1401<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |