Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34307−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiya K. Lamptey
   174 Scobee Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8298

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 25, 2018.

On December 2, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:        January 6, 2021
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 2, 2020
JAN: wdr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-34307-CMG
Atiya K. Lamptey  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Dec 02, 2020  Form ID: 185  Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++  Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atiya K. Lamptey, 174 Scobee Lane, Somerset, NJ 08873-1700 |
| 517207827 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 517207828 | + | American Collections E, 6094d Franconia Rd, Alexandria, VA 22310-4433 |
| 517226887 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517207835 | ++++ | DITECH FINANCIAL LLC, 332 MINNESOTA ST STE E610, SAINT PAUL MN 55101-1311 address filed with court:, Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101 |
| 517222957 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517207836 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517251028 | + | McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111 |
| 518655069 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518655070 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517323706 | + | Quailbrook East Homeowners Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517251026 | + | Quailbrook V Homeowners Assoc., c/o Town & Country Mgmnt, Inc., 711 Sycamore Ave., Red Bank, NJ 07701-4921 |
| 517207837 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517251027 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Div. of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 517207838 | + | Santander, Po Box 961245, Ft Worth, TX 76161-0244 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 00:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 00:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517207829 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 03 2020 01:20:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517207830 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Dec 03 2020 01:15:58 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517262030 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 03 2020 01:15:41 | Capital One Auto Finance, 4515 N Santa Fe Ave., APS, Oklahoma City, OK 73118-7901 |
| 517217109 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 03 2020 01:20:08 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |
| 517256454 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 03 2020 01:20:08 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517207831 | + | Email/Text: bankruptcy@credencerm.com | Dec 03 2020 00:47:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste |

| | | | | |
|---|---|---|---|---|
| | | | | 20, Dallas, TX 75248-1938 |
| 517207832 | + | Email/Text: bankruptcy@cunj.org | Dec 03 2020 00:45:00 | Credit Union Of New Je, Po Box 7921, Ewing, NJ 08628-0921 |
| 517207833 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 00:46:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517207834 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 00:46:00 | Deptednelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517317550 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2020 00:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517230526 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 01:15:57 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517236953 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 00:46:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Quailbrook East Homeowners Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 02, 2020 | Form ID: 185 | Total Noticed: 29

Kirsten B. Ennis
    on behalf of Debtor Atiya K. Lamptey pacerecf@ennislegal.com  r53278@notify.bestcase.com

Laura M. Egerman
    on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Marlena S. Diaz-Cobo
    on behalf of Creditor Quailbrook East Homeowners Association  Inc. collections@theassociationlawyers.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor New Residential Mortgage LLC sdeluca@rasflaw.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage LLC smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Quailbrook East Homeowners Association  Inc. collections@theassociationlawyers.com

TOTAL: 13