Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34307−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiya K. Lamptey
   174 Scobee Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8298

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     11/17/21
Time:     12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Kirsten B. Ennis, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,502.50

EXPENSES
$17.98

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: Plan confirmed as pro−rata distribution to unsecured creditors and attorney fees will reduce same.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 18, 2021
JAN:

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Atiya K. Lamptey  
    Debtor

Case No. 17-34307-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Oct 18, 2021     Form ID: 137     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atiya K. Lamptey, 174 Scobee Lane, Somerset, NJ 08873-1700 |
| 517207827 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 517207828 | + | American Collections E, 6094d Franconia Rd, Alexandria, VA 22310-4433 |
| 517226887 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517222957 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517207835 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 517207836 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517251028 | #+ | McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111 |
| 518655069 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518655070 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517323706 | + | Quailbrook East Homeowners Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517251026 | + | Quailbrook V Homeowners Assoc., c/o Town & Country Mgmnt, Inc., 711 Sycamore Ave., Red Bank, NJ 07701-4921 |
| 517207837 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517251027 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Div. of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 517207838 | + | Santander, Po Box 961245, Ft Worth, TX 76161-0244 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517207829 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:30 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517207830 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 18 2021 20:32:43 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517262030 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 18 2021 20:32:42 | Capital One Auto Finance, 4515 N Santa Fe Ave., APS, Oklahoma City, OK 73118-7901 |
| 517217109 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 18 2021 20:32:31 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |
| 517256454 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 18 2021 20:32:52 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517207831 | + | Email/Text: bankruptcy@credencerm.com | Oct 18 2021 20:25:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |

Case 17-34307-CMG    Doc 102    Filed 10/20/21    Entered 10/21/21 00:12:50    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: 137 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 517207832 | + | Email/Text: bankruptcy@cunj.org | Oct 18 2021 20:25:00 | Credit Union Of New Je, Po Box 7921, Ewing, NJ 08628-0921 |
| 517207833 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 18 2021 20:25:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517207834 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 18 2021 20:25:00 | Deptednelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517317550 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2021 20:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517230526 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 18 2021 20:32:34 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517236953 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 18 2021 20:25:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Quailbrook East Homeowners Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 18, 2021 | Form ID: 137 | Total Noticed: 29 |

on behalf of Debtor Atiya K. Lamptey pacerecf@ennislegal.com r53278@notify.bestcase.com

Laura M. Egerman
    on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Marlena S. Diaz-Cobo
    on behalf of Creditor Quailbrook East Homeowners Association Inc. collections@theassociationlawyers.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor New Residential Mortgage LLC sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Quailbrook East Homeowners Association Inc. collections@theassociationlawyers.com

TOTAL: 13