UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KIRSTEN B. ENNIS, LLC
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

Kirsten B. Ennis, Esq. (KE7927)
Attorney for Atiya Kai Lamptey, Debtor(s)

Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Atiya Kai Lamptey, Debtor(s)

Case No.: 17-34307

Chapter: 13

Judge: Hon. Gravelle

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 18, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kirsten B. Ennis_____, the applicant, is allowed a fee of $ _____2502.50_____ for services rendered and expenses in the amount of $_____17.98_____ for a total of $_____2520.48_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*