**McKENNA, DuPONT, STONE & WASHBURNE, PC**
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for Creditor, Credit Union of New Jersey
Our File No.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of, | : | Chapter 13, Case No. 17-34307 |
| Atiya Lamptey | : | Honorable Christine M. Gravelle |
| | : | SUBSTITUTION OF ATTORNEY |
| Debtors. | : | |

The undersigned hereby consent to the substitution of McKenna, DuPont, Stone & Washburne, as attorneys for Credit Union of New Jersey in the above-captioned matter. All future notices and papers should be directed to McKenna, DuPont, Stone & Washburne, PC, 229 Broad Street, Red Bank, NJ 07701.

McKENNA, DuPONT, STONE & WASHBURNE, PC
Superseding Attorneys

By: _____
Michael R. DuPont, Esquire

Dated: 10/12/22

PETER J. LISKA, LLC
Withdrawing Attorneys

By: /s/ Peter J. Liska
Peter J. Liska, Esquire

Dated: 10/12/2022