**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
33 Ruppel Road
Hampton, NJ 08827
(908) 713-0345
kirstenl@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Atiya Kai Lamptey and , Debtor(s)

In re:

    Atiya Kai Lamptey,    Debtor(s)

Case No.: 17-34307

Chapter 13

Judge: Hon. Christine M. Gravelle

Hearing Date: 10-4-2023 at 9:00 a.m.

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☒ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.  ☐  Motion for Relief from the Automatic Stay filed by_____ _____, creditor,

    A hearing has been scheduled for _____, at _____ __m.

    OR

    ☐  Motion to Dismiss filed by the Standing Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____ __m.

    ☒  Certification of Default filed by <u>Quailbrook East Homeowners Association</u>, creditor,

    I am requesting a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:_____
_____
_____

☒ Other **(explain your answer)**: <u>Debtor has made payments and the Association has fined for reasons unknown. The accounting is difficult to understand.</u>

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>10-2-2023</u>                                           /s/Atiya K. Lamptey
                                                                           Debtor's Signature

Date: _____                     _____
                                                                           Debtor's Signature

**NOTE:**
1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default.*