

Order Filed on November 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Quailbrook East Homeowners Association, Inc.

In Re:

ATIYA K. LAMPTEY

Case No.: 17-34307

Judge: Christine M. Gravelle

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered two (2) though four (4) is hereby **ORDERED**.

**DATED: November 29, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR QUAILBROOK EAST HOMEOWNERS ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| ATIYA K. LAMPTEY | CASE NO.:   17-34307-CMG |
| Debtor. | **CONSENT ORDER** |

**CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF**

THIS MATTER having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Quailbrook East Homeowners Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

IT IS ORDERED, ADJUDGED AND DECREED THAT the Debtor is indebted to the Association in the amount of $3,355.47 in post-petition maintenance fees, late fees, administrative fees, NSF Fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through November 16, 2023 (the "Total Due").

2

The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees (1/2022 -11/2023): | $5,503.00 |
| Late Fees: | $375.00 |
| Admin Fees: | $60.50 |
| NSF Fee: | $40.00 |
| Legal (only work related to post-petition Default 1/2022-11/16/23) | $980.47 |
| Credits | -$3,603.50 |
| **Total:** | **$3,355.47** |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the Association $395.83 on or before December 1, 2023, $395.83 on or before January 1, 2024, $395.83 on or before February 1, 2024, $395.83 on or before March 1, 2024, $395.83 on or before April 1, 2024 and $395.85 on or before May 1, 2024 (the "Cure Payments"). The Cure Payments shall be paid by personal or certified check made payable to Quailbrook East Homeowners Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall be paid a secured claim in the amount of $980.47 through the Debtor's Plan to satisfy the attorneys' fees in the Total Due in Motion.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall maintain her post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on December 1, 2023; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional cure

3

payment within thirty (30) days of the date the payment is due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Quailbrook East
Homeowners Association, Inc.

_____          11/21/23
MARLENA S. DIAZ-COBO, ESQ.                DATE


_____          11-17-23
KIRSTEN B. ENNIS, ESQ.                    DATE
Attorney for Debtor

4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-34307-CMG |
| Atiya K. Lamptey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atiya K. Lamptey, 174 Scobee Lane, Somerset, NJ 08873-1700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Atiya K. Lamptey pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Nov 29, 2023     Form ID: pdf903     Total Noticed: 1

Laura M. Egerman
> on behalf of Creditor New Residential Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marlena S. Diaz-Cobo
> on behalf of Creditor Quailbrook East Homeowners Association Inc. collections@theassociationlawyers.com

Michael R. DuPont
> on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com

Robert P. Saltzman
> on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org

Shauna M Deluca
> on behalf of Creditor New Residential Mortgage LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
> on behalf of Creditor Sutton Funding LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
> on behalf of Creditor New Residential Mortgage LLC smncina@raslg.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
> on behalf of Creditor Quailbrook East Homeowners Association Inc. collections@theassociationlawyers.com

TOTAL: 15