Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34307−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiya K. Lamptey
   174 Scobee Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8298

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

    Notice is hereby given that an order vacating dismissal of this case was entered on 9/4/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: September 4, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-34307-CMG

Atiya K. Lamptey  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Sep 04, 2024    Form ID: ntcrics    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atiya K. Lamptey, 174 Scobee Lane, Somerset, NJ 08873-1700 |
| cr | | Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| cr | + | Sutton Funding, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 517207827 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 517207828 | + | American Collections E, 6094d Franconia Rd, Alexandria, VA 22310-4433 |
| 517222957 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517207835 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 517323706 | + | Quailbrook East Homeowners Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517251026 | + | Quailbrook V Homeowners Assoc., c/o Town & Country Mgmnt, Inc., 711 Sycamore Ave., Red Bank, NJ 07701-4921 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 04 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 04 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519492404 | ^ | MEBN | Sep 04 2024 20:40:45 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519492405 | ^ | MEBN | Sep 04 2024 20:40:46 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC 90074-2334 |
| 517207829 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2024 21:01:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517226887 | | Email/Text: bankruptcy@cunj.org | Sep 04 2024 20:42:00 | Credit Union of New Jersey, Att: Risk Mitigation Dept, POB 7921, Ewing, NJ 08628-3010 |
| 517207830 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 04 2024 20:50:19 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517262030 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 04 2024 20:50:46 | Capital One Auto Finance, 4515 N Santa Fe Ave., APS, Oklahoma City, OK 73118-7901 |
| 517217109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 04 2024 20:50:45 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |

Case 17-34307-CMG   Doc 135   Filed 09/06/24   Entered 09/07/24 00:16:08   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2024 | Form ID: ntcrics | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517256454 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 04 2024 20:50:26 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517207831 | + | Email/Text: bankruptcy@credencerm.com | Sep 04 2024 20:42:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 517207832 | + | Email/Text: bankruptcy@cunj.org | Sep 04 2024 20:42:00 | Credit Union Of New Je, Po Box 7921, Ewing, NJ 08628-0921 |
| 517207833 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2024 20:42:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517207834 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2024 20:42:00 | Deptednelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517207836 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 04 2024 20:41:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517317550 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2024 20:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518655070 | | Email/Text: mtgbk@shellpointmtg.com | Sep 04 2024 20:41:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518655069 | | Email/Text: mtgbk@shellpointmtg.com | Sep 04 2024 20:41:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517207837 | + | Email/Text: clientservices@remexinc.com | Sep 04 2024 20:41:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517251027 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 04 2024 20:41:00 | State of New Jersey, Div. of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 517207838 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 04 2024 20:42:00 | Santander, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517230526 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2024 20:50:18 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517236953 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2024 20:42:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Quailbrook East Homeowners Association, Inc., c/o McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517251028 | ##+ | McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 17-34307-CMG    Doc 135    Filed 09/06/24    Entered 09/07/24 00:16:08    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2024 | Form ID: ntcrics | Total Noticed: 33 |

Date: Sep 06, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Atiya K. Lamptey pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net,R53278@notify-prod.bestcase.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Quailbrook East Homeowners Association  Inc. collections@theassociationlawyers.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com |
| Robert P. Saltzman | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1  Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org |
| Shauna M Deluca | on behalf of Creditor Sutton Funding  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor New Residential Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor New Residential Mortgage LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Quailbrook East Homeowners Association  Inc. collections@theassociationlawyers.com |

TOTAL: 15