| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. 9004-1(b)<br>**KIRSTEN B. ENNIS, LLC**<br>PO Box 5536<br>Clinton, NJ 08809<br>(908) 713-0345<br>kirsten@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Atiya Kai Lamptey, Debtor(s) | |
| In re:<br><br>    Atiya Kai Lamptey,<br>        Debtor(s) | Case No.: 17-34307<br><br>Chapter 13<br><br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date:t/b/d at 9:00 a.m. |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
### ☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
### ☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   ☐   Motion for Relief from the Automatic Stay filed

by_____ _____, creditor,

A hearing has been scheduled for _____, at _____ __m.

OR

☐   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ __m.

☒   Certification of Default filed by Quailbrook East Homeowners

Association, creditor,

I am requesting a hearing be scheduled on this matter.

2.     I am opposing the above matter for the following reasons: **(choose one)**:

☒    Payments have been made in the amount of $ _____, but have not been accounted for. Debtor is obtaining documentation for payments made.

☐    Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:_____
_____
_____

☐    Other **(explain your answer)**:_____
_____
_____

3.     This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.     I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>11-27-24</u>                                                                /s/Atiya Kai Lamptey
                                                                                         Debtor's Signature

Date: _____                        _____
                                                                               Debtor's Signature

**NOTE:**
1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default.*