| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. 9004-1(b)<br>**KIRSTEN B. ENNIS, LLC**<br>PO Box 5536<br>Clinton, NJ 08809<br>(908) 713-0345<br>kirsten@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Atiya Kai Lamptey, Debtor(s) | Order Filed on January 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>       Atiya Kai Lamptey,    Debtor(s) | Case No.: 17-34307<br><br>Chapter 13<br><br>Judge: Hon. Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 16, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that <u>Kirsten B. Ennis, Esquire,</u> the applicant, is allowed a fee of $ __3377.50__ for services rendered and expenses in the amount of $ __100.00__ for a total of $ __3477.50__ . The allowance shall be payable:

- ☐ through the Chapter 13 plan as an administrative priority.
- ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _n/a_ per month for _n/a_ months to allow for payment of the aforesaid fee.